CATHERINE BOCKETTE, Respondent, v. GRAND UNION COMPANY, Defendant and Third-Party Plaintiff-Respondent. NATIONAL BISCUIT COMPANY et al., Third-Party Defendants-Appellants.—

Judgment affirmed, with costs. Foster, P. J., Bergan, Halpern and Zeller, JJ., concur; Imrie, J., not voting.